FILED IN
COURT OF CRIMINAL APPEALS

January 8, 2015

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/30/2014 1:26:35 PM
Accepted 12/31/2014 12:14:48 PM
ABEL ACOSTA
CLERK

## IN THE TEXAS COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

**LAWRENCE DONOVAN**
**APPELLANT**

**V.**                                                  No. PD-0474-14

**THE STATE OF TEXAS**
**APPELLE**

_____

### APPELLANT/PETITONER'S RESPONSE TO STATE'S REPLY BRIEF ON THE MERITS

_____

TO THE COURT OF CRIMINAL APPEALS:

The State strays far from the record on appeal in footnote 2 of its reply brief. No reference to the record is made by the State with respect to its claim that there is a second petition for expunction pending in another court involving the same charges, nor is there a reference to the record provided with respect to the State's claim that it find a general denial to that petition. The reason the State does not favor the court with record references with respect to those allegations is that those claims are outside the record.

Respectfully Submitted,

DAVID L. RICHARDS
State Bar No. 16845500
3001 West 5th Street, Suite 800
Fort Worth, Texas 76107
Phone: (817) 332-5567
Fax: (817) 885-7688
daverichards@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned, David Richards, certifies that that a true copy of this document has been e-served this 30th day of December 2014, appellate division of the Tarrant County District Attorney's Office.

DAVID L. RICHARDS

## CERTIFICATE OF COMPLIANCE

The undersigned, David Richards, certifies that this document contains 214 words.

DAVID L. RICHARDS